UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPD SWISS PRECISION DIAGNOSTICS, GmbH<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Civil Action No.: 09-cv-01802 (FLW) (TJB)<br><br>*Document electronically filed*<br><br>**REQUEST<br>FOR PRO HAC VICE ATTORNEY<br>TO RECEIVE ELECTRONIC<br>NOTIFICATION** |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:   July 21, 2010
         Newark, New Jersey

         s/ David E. De Lorenzi
         David E. De Lorenzi, Esq.
         **GIBBONS P.C.**
         One Gateway Center
         Newark, New Jersey  07102-5310
         Telephone: 973.596.4743
         Facsimile: 973.639.6235
         ddelorenzi@gibbonslaw.com
         *Attorneys for Defendant*

PRO HAC VICE ATTORNEY INFORMATION:

Name:    David Mehretu
Address: **Coblentz, Patch, Duffy & Bass LLP**
         One Ferry Building
         Suite 200
         San Francisco, California  94111-4213

E-mail:  ef-dxm@cpdb.com

#1546466 v1
109088-66019