John P. Barry, Esq.
PROSKAUER ROSE LLP
One Newark Center
Newark, New Jersey 07102
Tel. 973.274.6081
Facsimile 973.274.3299
jbarry@proskauer.com

*Attorneys for Defendant-Counterclaim Plaintiff* Church & Dwight Co., Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPD SWISS PRECISION DIAGNOSTICS GmbH, a Swiss Corporation,<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>CHURCH & DWIGHT, CO., INC., a Delaware corporation,<br><br>Defendant-Counterclaim Plaintiff. | Civil Action No. Civil Action No. 09-1802 (FW)(TJB)<br><br>**CERTIFICATION OF PHILLIP J. CARABALLO-GARRISON IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***<br><br>Document Electronically Filed |

I, PHILLIP J. CARABALLO-GARRISON, of full age, hereby certify as follows:

1. I am an associate in the law firm of Proskauer Rose LLP. My office address is 1585 Broadway, New York, New York 10036. My office telephone number is (212) 969-3000.

2. I submit this certification in support of the consent application for my admission to this Court *pro hac vice* for the purpose of representing Defendant-Counterclaim Plaintiff Church & Dwight Co., Inc. ("C&D") in the above-captioned case.

3. In accordance with Local Civil Court Rule 101.1(c)(4), John P. Barry, Esq., an attorney at Proskauer Rose LLP's Newark, New Jersey, office and a member of the bar of the State of New Jersey, and admitted to practice before the United States District Court for the District of New Jersey, or another New Jersey attorney associated with the Newark, New Jersey

office of Proskauer Rose LLP, will be Defendant-Counterclaim Plaintiff C&D's attorney of record herein, with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom pleadings and other papers may be served.

4. I was admitted to practice before the Bar of the State of New York on March 31, 2008, in the Supreme Court of the State of New York, Appellate Division, First Department, and am a member in good standing of the bar of New York.

5. The office maintaining the roll of this membership is: Bar of the State of New York, 254 Washington Avenue, Albany, NY 12203.

6. I was admitted to practice before the United States District Court for the Southern District of New York in 2009.

7. The office maintaining the roll of this membership is: Clerk of the United States District Court for the District of New York, 500 Pearl Street, New York, NY 10007.

8. I was admitted to practice before the United States District Court for the Eastern District of New York in 2009.

9. The office maintaining the roll of this membership is: Clerk of the United States District Court for the Eastern District of New York, 225 Cadman Plaza, East, Brooklyn, NY 11201.

10. I have never been censured, suspended, disciplined or disbarred by any court.

11. I have never been held in contempt of any court nor do I have any disciplinary action, contempt or other proceedings involving myself pending before any court. I shall notify the Court immediately in the event of the institution of any disciplinary proceedings.

12. No disciplinary proceedings are pending against me in any jurisdiction. I have never been subject to any disciplinary sanctions by any court. I shall notify the Court immediately in the event of the institution of any disciplinary proceedings.

13. I agree to abide by the Rules of this Court, including all disciplinary rules and all of the requirements set forth in Local Rule 101.1(c) and, upon my admission *pro hac vice,* will submit to this Court's jurisdiction for discipline.

14. Upon admission *pro hac vice*, I will make payment to the Clerk of the Court as required by Local Civil Rule 101.1(c)(3). In addition, pursuant to New Jersey Court Rule 1:28-2(a), I will comply with the requirement to make payment to the New Jersey Lawyers' Fund for Client Protection for any year in which I continue to represent a client in a matter pending in this Court.

15. I am familiar with the substance of the case and all proceedings that have occurred to date. Defendant-Counterclaim Plaintiff C&D has requested that I represent them in this matter.

16. For these reasons, I respectfully request that this Court issue an Order admitting me to appear *pro hac vice* in this action as counsel for Defendant-Counterclaim Plaintiff C&D.

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Phillip J. Caraballo-Garrison

Dated: August 3, 2010