

**COBLENTZ, PATCH, DUFFY & BASS LLP** ATTORNEYS AT LAW

One Ferry Building, Suite 200
San Francisco, California
94111-4213

main: 415.391.4800
fax:  415.989.1663
web:  www.coblentzlaw.com

Jeffrey G. Knowles
Direct:   415.772.5795
Email:    jgk@coblentzlaw.com

September 9, 2010

RECEIVED
SEP 10 2010
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

<u>VIA FACSIMILE (609) 989-0435</u>

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Building & Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Re:   *SPD Swiss Precision Diagnostics GmbH v. Church & Dwight Co., Inc.*
      <u>Civil Action No. 09-01802 (FLW)(TJB)</u>
      *Church & Dwight Co., Inc. v. SPD Swiss Precision Diagnostics GmbH*
      <u>Civil Action No. 10-0276 (FLW)(TJB)</u>

Dear Judge Bongiovanni,

In accordance with Church & Dwight Co., Inc.'s and SPD Swiss Precision Diagnostics GmbH's ("the Parties") submission to the Court on August 16, 2010, and the Parties' telephonic conference with the Court on August 26, 2010, the Parties jointly request that the Court extend the close of fact discovery by four months, to January 10, 2011. We thank you for your time and attention to this matter.

Respectfully submitted,

*Jeffrey G. Knowles*
Jeffrey G. Knowles

So Ordered this __9th__ day of __September__, 20__10__

cc:   Church & Dwight, Inc., Counsel of Record (via email)
      David DeLorenzi, Esq. (via email)
      Andrew Grodin, Esq. (via email)

13277.001.1543112v1