David E. De Lorenzi
Carrie A. Longstaff
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
(973) 596-0545

*Attorneys for Plaintiff*
*SPD Swiss Precision Diagnostics GmbH*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPD SWISS PRECISION DIAGNOSTICS GMBH, a Switzerland Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC., a Delaware Corporation,<br><br>  Defendant. | Civil Action No.: 09-cv-1802 (GEB) (TJB)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Plaintiff SPD Swiss Precision Diagnostics GmbH, in the above captioned action. Please serve copies of all papers in the captioned action upon the undersigned attorney at the e-mail address listed below.

    s/Carrie A. Longstaff

    CLongstaff@Gibbonslaw.com

Dated:  Newark, New Jersey
         September 21, 2010