David E. De Lorenzi
Andrew M. Grodin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: 973.596.4500

*Attorneys for Plaintiff*
*SPD Swiss Precision Diagnostics GmbH*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPD SWISS PRECISION DIAGNOSTICS GMBH, a Switzerland Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 09-CV-01802 (FLW) (TJB)<br><br>*Document electronically filed*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 102.1 of the Local Rules for the United States District Court for the District of New Jersey, notice is hereby given that Andrew M. Grodin, of the law firm of Gibbons, PC withdraws as counsel of record for Defendants Swiss Precision Diagnostics GmbH in the captioned proceeding and requests that his name be removed from any service list including any list for e-notification, maintained by the Clerk of the Court and the parties in this matter.

      David De Lorenzi, of the law firm of Gibbons P.C. will continue to serve as counsel for Defendants in this matter.

Dated: September 22, 2010        By: s/Andrew M. Grodin

#1564820 v1
109088-66019