PROSKAUER ROSE LLP
John P. Barry, Esq.
One Newark Center, 18th Floor
Newark, New Jersey 07102
Tel.: 973.274.3200
Facsimile: 973.274.3299
jbarry@proskauer.com
*Attorneys for Defendant-Counterclaim Plaintiff*
Church & Dwight Co., Inc.

RECEIVED

FEB - 9 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPD SWISS PRECISION DIAGNOSTICS GmbH, a Swiss Corporation, | |
| Plaintiff-Counterclaim Defendant, | Civil Action No. Civil Action No. 09-1802 (FW)(TJB) |
| v. | |
| CHURCH & DWIGHT, CO., INC., a Delaware corporation, | **CONSENT ORDER ADMITTING COUNSEL *PRO HAC VICE*** |
| Defendant-Counterclaim Plaintiff. | Document Electronically Filed |

THIS MATTER having been brought before the Court by Proskauer Rose LLP, attorneys for Defendant-Counterclaim Plaintiff Church & Dwight Co., Inc. ("C&D"),on c onsent of Plaintiff SPD Swiss Precision Diagnostics GMBH, for an order granting the admission *pro hac vice* of Patrick J. Dempsey,Esq. , to the bar of the United States District Court for the District of New Jersey; the Court having considered C&D's application, together with the Certifications of John P. Barry, Esq. and Patrick J. Dempsey, Esq.; it appearing that Patrick J. Dempsey, Esq. is a member in good standing of the bars listed in his certification, and that there are no disciplinary proceedings against them as a member of the bar in any jurisdiction; and for good cause appearing:

Case 3:09-cv-01802-FLW -TJB   Document 175-3   Filed 02/07/11   Page 2 of 3 PageID: 2288

**IT IS ORDERED** that Patrick J. Dempsey, Esq. be admitted *pro hac vice* to the bar of the United States District Court for the District of New Jersey for the purpose of representing Defendant-Counterclaim Plaintiff C&D in the above-captioned action; and it is further

**ORDERED** that Patrick J. Dempsey, Esq. will hereby comply with the requirements of New Jersey Court Rule l:28-2 and pay the appropriate fee to the New Jersey Lawyers' Fund for Client Protection for each calendar year in which he continues to represent Defendant-Counterclaim Plaintiff in the above-captioned action (to the extent that such fee has not otherwise been paid in connection with another matter) and agrees to take no fee in any tort case in excess of N.J. Court Rule 1:21-7; and it is further

**ORDERED** that Patrick J. Dempsey, Esq. shall comply with the provisions of L.Civ.R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that Patrick J. Dempsey, Esq. be assisted by the attorneys of record, John P. Barry, a Partner in Proskauer Rose LLP's Newark, New Jersey office, or another attorney associated with the Newark, New Jersey office, with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom pleadings and other papers may be served; and it is further

**ORDERED** that Patrick J. Dempsey, Esq. be bound by the disciplinary rules of the Court.

Stipulated as to entry and form:

| | |
|---|---|
| GIBBONS, P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>(973) 596-4733<br>Attorneys for Plaintiff-Counterclaim Defendant | PROSKAUER ROSE LLP<br>One Newark Center<br>Newark, NJ  07102<br>(973) 274-3200<br>Attorneys for Defendant-Counterclaim Plaintiff |
| By:   s/David E. De Lorenzi<br>        David E. De Lorenzi | By:   /s/John P. Barry<br>        John P. Barry |

**SO ORDERED** this ___8th___ day of ___February___, 2011.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.

3

5675/20302-027 Current/22063138v1