

CARRIE A. LONGSTAFF
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4629 Fax: (973) 639-8379
clongstaff@gibbonslaw.com

April 15, 2010

**VIA FACSIMILE**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED
APR 18 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: Church & Dwight Co., Inc. v. Swiss Precision Diagnostics GmbH
Civil Action Nos.: 09-cv-1802 (FLW)(TJB); 10-cv-276 (FLW)(TJB);
and 10-cv-453 (FLW)(TJB)

Your Honor:

On behalf of Swiss Precision Diagnostics GmbH, I write to respectfully withdraw the *pro hac vice* application of Jonathan M. Eldan, Esq., which was granted on April 27, 2009 in Civil Action No. 09-cv-1802 (D.E. 27); on March 18, 2010 in Civil Action 10-cv-276 (D.E. 10); and on May 25, 2010 in Civil Action 10-cv-453 (D.E. 23).

We thank the Court for its consideration of this request. Should the Court have any questions or concerns, we remain available at Your Honor's convenience.

Respectfully submitted,

*C Longstaff*

Carrie A. Longstaff

cc: Counsel of Record (via email)

So Ordered this 18 day of April, 2011

Newark New York Trenton Philadelphia Wilmington — gibbonslaw.com