# Proskauer»

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

**RECEIVED**

**JUN 30 2011**

AT 8:30_____M
WILLIAM T. WALSH, CLERK

June 29, 2011

Michael T. Mervis
Member of the Firm
d 212.969.3565
f 212.969.2900
mmervis@proskauer.com
www.proskauer.com

**VIA FASCIMILE (609) 989-0435**

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Building & Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Re:  **SPD Swiss Precision Diagnostics GmbH v. Church & Dwight Co., Inc.**, Case No. 09-01802 (FLW)(TJB) and Related Case

Dear Judge Bongiovanni:

We represent Church & Dwight Co., Inc. in the above-referenced litigation. At the Court's request during today's telephonic status conference, we are writing to confirm the revised discovery schedule that was approved by Your Honor. Specifically, the Court approved the following:

1. Close of fact discovery -- August 31, 2011.

2. Exchange of opening expert reports -- September 30, 2011.

3. Exchange of rebuttal expert reports -- October 31, 2011.

4. Close of expert discovery -- December 15, 2011.

5. Dispositive motions to be filed by January 16, 2012.

Additionally, the Court scheduled a telephonic status conference for September 8, 2011 at 11:00 AM.

Respectfully submitted,

Michael T. Mervis

cc: Jeffrey G. Knowles, Esq.

So Ordered this _30_ day
of _June_, 20_11_

[signature]

**ORDER ON ORAL MOTION**